FILED
MAR 12 2026
BONNIE HACKLER
Clerk, U.S. District Court
By ______ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

**PRO SE PRISONER CIVIL RIGHTS COMPLAINT**

Amended

Layce Baker III
*Plaintiff's full name (Please print)*

Case No. CIV-25-394-RAW
*(To be filled out by Clerk's Office only)*

v.

Zack Mayers, Tucker Curry, Roy Paul,
*Defendant(s)' full name (Please print)*
Connor Enox, Pittsburg cnty. bd. of comm'rs,
Pittsburg county, City of Mcalester, District
Attorney, District Attorney's office, Prosecutor,
District Judge Mindy Beare, chris Morris, Mayor

*For additional names please write "see attached" in the space above and attach an additional sheet of paper with the full list of names.* ***The names listed in the above caption must be identical to those contained in Section IV, pursuant to Fed. R. Civ. P. 10(a).***

**NOTICE**

*Federal Rule of Civil Procedure 5.2 and Local Civil Rule 5.3 address the privacy and security concerns resulting from public access to electronic court files. Under these rules, papers filed with the court should not contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include only: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.*

***Each claim you raise must be properly exhausted.*** *If the evidence shows that you did not fully comply with an available prison grievance process prior to filing this lawsuit, the court may dismiss the unexhausted claim(s) or grant judgment against you. See 42 U.S.C. 1997e(a).*

***Plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.***

## I. JURISDICTION

*Indicate below the federal legal basis for your claim, if known.*

- ☑ 42 U.S.C. § 1983 (state, county, or municipal defendants)
- ☐ Action under *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971) (federal defendants)

## II. PLAINTIFF INFORMATION

Layce Baker III

*Full name* *Aliases*

CN006722

*Prisoner ID #*

Choctaw County Jail

*Place of Detention/Incarnation*

305 E Jefferson

*Institutional Address*

Hugo Oklahoma 74743

*City* *State* *Zip Code*

## III. PRISONER STATUS

*Indicate whether you are a prisoner or other confined person as follows:*

- ☑ Pretrial detainee
- ☐ Civilly committed detainee
- ☐ Immigration detainee
- ☐ Convicted and sentenced state prisoner
- ☐ Convicted and sentenced federal prisoner

## IV. DEFENDANT(S)' INFORMATION

*List the following information for each defendant. If the correct information is not provided, it could result in the delay or prevention of service. Make sure that the defendant(s) listed below are identical to those contained on the first pate. Attach additional sheets of paper as necessary. Do not write on the backs of any additional sheets. See Local Civil Rule 5.2(a).*

Defendant 1: Zack Mayers
*Full Name*

Pittsbug county/city of Mcalester Sheriff Deputy/officer
*Current Job Title*

*Current Work Address*

Mcalester — Oklahoma — 74501
*City* — *State* — *Zip Code*

Defendant 2: Tucker Curry
*Full Name*

City of Mcalester police officer
*Current Job Title*

*Current Work Address*

Mcalester — oklahoma — 74501
*City* — *State* — *Zip Code*

Defendant 3: Roy Paul
*Full Name*

Pittsburg county Sheriff officer(Jailer)
*Current Job Title*

*Current Work Address*

Mcalester | Oklahoma | 74501
*City* | *State* | *Zip Code*

Defendant 4: Connor Enox
*Full Name*

City of Mcalester Police officer
*Current Job Title*

*Current Work Address*

Mcalester | Oklahoma | 74501
*City* | *State* | *Zip Code*

Defendant 5: Pittsburg cnty. bd. of comm'rs
*Full Name*

*Current Job Title*

*Current Work Address*

Mcalester | Oklahoma | 74501
*City* | *State* | *Zip Code*

IV. Defendants information continued

Defendant 6: Pittsburg county
full name

Current Job title

current work address

| | | |
|---|---|---|
| Mcalester | Oklahoma | 74501 |
| city | State | Zipcode |

Defendant 7: City of Mcalester
full name

current Job title

current work address

| | | |
|---|---|---|
| Mcalester | Oklahoma | 74501 |
| city | State | Zipcode |

Defendant 8: District Attorney
full name
City of Mcalester District Attorney
Current Job title

current work address

| | | |
|---|---|---|
| Mcalester | Oklahoma | 74501 |
| city | State | Zipcode |

IV. Defendants information continued

Defendant 9: District Attorneys office
full name
City of Mcalester district attorneys office
current Job title
Mcalester Oklahoma 74501
city state Zipcode

Defendant 10: Prosecutor
full name
City of Mcalester Prosecutor/Pittsburg county Prosecutor
current Job title

current work address
Mcalester Oklahoma 74501
city state Zipcode

Defendant 11: Mindy Bears
full name
Pittsburg county district court judge
current Job title

current work address
Mcalester Oklahoma 74501
city State Zipcode

IV. Defendants information continued

Defendant 12: Chris Morris
full name

Sheriff of Pittsburg county
current Job title

current work address
Mcalester Oklahoma 74501
city state Zipcode

Defendant 13: Mayor
full name

city of Mcalester mayor
current Job title

current work address
Mcalester Oklahoma 74501
city State Zipcode

Prose prisoner civil rights complaint

V. Defendants continued: Richard Branam choctaw nation Judge, choctaw nation of oklahoma, Amy pierce choctaw nation head Judge

## V. STATEMENT OF CLAIMS

### A. Claim 1

Date(s) of occurrence: 09/05/24

Place(s) of occurrence: Mcalester Oklahoma

*State which of your federal constitutional or federal statutory rights have been violated:*

4th, 5th, 14th Amendment Substantive and Procedural Due Process violations

*Briefly state the FACTS that support your case. Provide **a short and plain statement** of how each named defendant was personally involved in the violation of your constitutional rights and why you are entitled to relief from each named defendant. See Fed. R. Civ. P. 8(a). Do not cite case law.*

FACTS: false arrest and illegal Search and Seizure involving excessive force was conducted by tucker curry and connor enox, who then lied on arrest reports, and omitted exculpatory evidence. Due to a policy to not train employees to avoid constitutional violations, Pittsburg cnty, city of Mcalester, bd. of cnty. comm'rs of Pittsburg cnty. is also liable. There are no parking lots East of 3RD Street on east washington to cut through. Idens house is NW of my home. I was arrested SE of my home.

### B. Claim 2

Date(s) of occurrence: September of 2024

Place(s) of occurrence: Mcalester Oklahoma

*State which of your federal constitutional or federal statutory rights have been violated:*

8th, 5th, 4th, 14th Amendment Substantive and Procedural Due Process violations

FACTS: I was falsely imprisoned, maliciously prosecuted by Pittsburg cnty. dist. Court, District Attorney, District Attorney's office and Prosecutor as well as set an excessive bond by Mindy Beers and subjected to Judicial deception due to a policy to not train employees to avoid constitutional violations. Pittsburg cnty., City of Mcalester, bd. of cnty. comm'rs of Pittsburg cnty. is liable as well. Chris morris and Mcalester Mayor as enforcers of this policy or custom

V.

A. Claim 1

continued FACTS: Connor Enox's probable cause affidavit Say's my Firearms was in the trunk. Tucker curry's Probable cause affidavit Say's it was in the passenger Seat. Connor say's my tag was expired, curry say's he arrested me for no plate, Curry's Probable cause affidavit Say's he asked for my license, and requested that I exit my vehicle and that I refused to get out after enox had already arrived. Enox's probable cause affidavit Say's tucker curry Pulled me out and threw me on the ground, and later on told Enox he had done So because I refused to get out or give him my license before Enox had arrived. Both Probable cause affidavits Say the string keeping my door Shut until Just before Tucker curry body Slamed me. Enox litteraly Said in his arrest report he arrested me based off Statments given on a wittnes Statement form that was not requested until after I was already arrested, that inarguably created an increased risk of officers influencing Statements given on that form, then goes on to Say that he arrested me for Stalking and endeavor to commit act of violence, due to an alledged threatening text message. that the mcalester police department had a copy of but, "ironicly"... lost and "coincidently"... the person who filled out the wittness Statement form cannot produce another copy. This is not the first time tucker curry has pulled me out of my vehicle at gun point and illeagally Searched it after calling me the N-word and threatening me, and he is not the only officer who has done So. I am requesting a polygraph concerning Tucker curry and connor Enox's conduct under the Stipulation that it be admissible as evidence in this case. I informed the bd. of cnty. commrs of Pittsburg cnty. of this missconduct being commited by officers

A. Claim 1

V. continued FACTS:

back in 2019 and 2020, and was directed by a board member to Speak to the mayor at my next neighborhood watch meeting where he told me he couldn't do anything about officer missconduct due to the fact that the city and county were understaffed on officers. I am also requesting a polygraph conserning an altercation with Pittsburg county Sheriff Chris Morris that occured in 2016 when he threatend me with prison rape put me in the passenger seat of his patrol car pulled his penis out and told me to suck it. as endorsers creators and enforcers of this custom and policy to not train employees to avoid constitutional violations Chris Morris and Mcalester city Mayor are responsible as well.

**C. Claim 3**

Date(s) of occurrence: September and october of 2024

Place(s) of occurrence: Pittsburg county Sheriff's department (PCSO)

*State which of your federal constitutional or federal statutory rights have been violated:*

8th Amendment, 14th Amendment Violations

**FACTS:** as a detainee at PCSO I was Subjected to cruel and unusual punishment by Roy Paul who Ordered me to fight inmates who had thrown me out of a pod, or be placed back in the pod with them to be attacked. Met with callous indiference, by Zack Mayers who informed me I would not receive medical attention for my Shoulder because "we don't care" and Substantive due process violations when denied medical information.

**D. Claim 4**

Date(s) of occurrence: March 09 2026

Place(s) of occurrence: choctaw nation reservation

*State which of your federal constitutional or federal statutory rights have been violated:*

6th Amendment right to Speedy trial, 8th Amendment due process violations

**FACTS:** on march nineth 2026 Judge Richard Branam and the choctaw nation of oklahoma district court and choctaw nation violated my 6th Amendment right to Speedy trial by refusing to hear my motion for Speedy trial or dismissal for speedy trial violations over 18 months after my arrest as the head Judge of the choctaw nation Amy Pierce is responsible for this 8th Amendment due process Violation as well

Statement of claims
C. Claim 3

V. Continued FACtS:

as creators, endorsers and enforcers of this policy and custom to not train employees to avoid constitutional violations Pittsburg cnty., City of Mcalester, bd. of cnty. commrs of Pittsburg cnty., Chris Morris, Mcalester city mayor are liable as well.

## VI. RELIEF REQUESTED

*Briefly state what you want the Court to do for you. Do not make legal arguments or cite cases or statutes.*

Redress compensatory monetary awards for Punitive, accumulative, emotional, Physical and mental damages $15,000,000.00 One million for each amendment violation five million for emotional, physical and mental pain and Suffering damages.

## VII. PRISONER'S LITIGATION HISTORY

*The "Three Strikes Rule" bars a prisoner from bringing a civil action or an appeal in forma pauperis in federal court if the prisoner has "on three or more occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).*

Have you brought any other lawsuits in federal court while a prisoner? ☑ Yes ☐ No

If yes, how many? one

Number each different lawsuit below and include the following:

- Name of case (including defendants' names), court, and docket number
- Nature of claim made
- How did it end? (For example, if it was dismissed, appealed, or is still pending, explain below.)
- Did the court assess a "Strike" or find the dismissal a "Prior Occasion" pursuant to 28 U.S.C.1915 (g).

Baker V. M.P.D. et al Writ of Habeas corpus-2241 Case number CIV-25-358-RAW-GLJ ongoing

______________________________________________________________________

______________________________________________________________________

______________________________________________________________________

______________________________________________________________________

______________________________________________________________________

______________________________________________________________________

**VIII. PLAINTIFF'S DECLARATIONS:**

I declare under penalty of perjury that the foregoing is true and correct. To the best of my knowledge, information, and belief, this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11 of the Federal Rules of Civil Procedure.

I agree to provide the Court Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Court Clerk's Office may result in the dismissal of my case.

[signature] ____________________ 02/24/2026 ____________________
*Plaintiff's Signature* *Date*

I further declare under penalty of perjury that I placed this complaint in the prison's legal mail system, with the correct postage attached, on the 24th day of febuary, 2026.

[signature] ____________________ 02/24/2026 ____________________
*Plaintiff's Signature* *Date*

BAKER, LAYCE
305E Jeffersonst
Hugo O.K. 74743

TULSA OK 740
11 MAR 2026 PM 3 L

RECEIVED
MAR 12 2026
BONNIE HACKLER
Clerk, U.S. District Court
By ______________
Deputy Clerk

INMATE MAIL

to: 10th cir. U.S. Dist. Court clerks office
P.o. BoX 106 74401

INMATE MAIL

Legal

Legal