FILED
MAR 27 2026
BONNIE HACKLER
Clerk, U.S. District Court
By ______
Deputy Clerk

Case No. 6:25-cv-394-RAW
6:25-cv-358-RAW-GLJ

This is a pro se pleading extrapolating on the extenuating circumstances surrounding the behavior and conduct of Judge richard branam, that can be taken by the court for both, my 42 u.s.c and 2241 cases. I would ask the court to take note of the fact that since my first preliminary hearing, on Nov-13-2025 he has made it very clear that he refuses to accept the standard set forth in Hall v. Bellmon, 935 F.2d 1106, 1110 (10th cir. 1991) concerning pro se litigants, and stated that "any pro se motion that I file or raise "will be held to the same standard as a licensed attorney"? not only is this a reason why I added him to my amended 42 u.s.c 1983 in 6:25-cv-394-RAW for due process and equal protection violations of the 8th and 14th Amendments but, it is a reason why I am requesting a report and recomendation be sent to the choctaw nation district court. Instructing that court to construe my pleadings, and motions liberally, in my 2241 # 6:25-cv-358-RAW-GLJ and, yet another reason why I am requesting my writ of habeas corpus be considerd for the exemption to exhaustion rule for futility. In light of his addition to my 42 u.s.c 1983 I am also requesting this court to recomend his recusal from my ongoing criminal cases in the choctaw nation. At the same time these actions by Judge richard Branam are also another showing of prejudice for the malicious prosecution claim against him in my 42 u.s.c 1983

Plaintiffs Signature: [signature]

Baker layce
305 E Jefferson St
Hugo, OK 74743

TULSA OK 740
26 MAR 2026 PM 3 L

UNITED STATES OF AMERICA
FOREVER/USA

INMATE MAIL

to: 10th cir. US Dist. Court clerks office
P.O Box 106 Muskogee o.k 74401

INMATE MAIL

RECEIVED

MAR 27 2026

BONNIE H[illegible]LER
Clerk, U.S. District Court
By ____________
Deputy Clerk

Legal

Legal